

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-18-00048-CR

| | | |
|---|---|---|
| Ex parte Quincy Blakely | § | From County Criminal Court No. 1 |
| | § | of Denton County (CR-2015-06355-E) |
| | § | |
| | § | June 28, 2018 |
| | § | Per Curiam |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM